IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No.
)
CITY OF DETROIT, MICHIGAN ) HON. JULIAN ABELE COOK
and the DETROIT POLICE )
DEPARTMENT, )
)
Defendants. ) MAGISTRATE JUDGE SCHEER
_____ )

**03-7225**

### Joint Motion to Appoint a Monitor

Plaintiff, the United States of America, and Defendants, the City of Detroit, et al., have entered into two Settlement Agreements for the implementation of needed improvements in the operation of the Detroit Police Department in the above-captioned case. The Settlement Agreements provide for the appointment of an independent Monitor to provide technical assistance and evaluate compliance with the terms of the Settlement Agreements. The parties have agreed to select Sheryl L. Robinson assisted by Kroll, Inc. (hereinafter "Kroll") as the Monitor for both Settlement Agreements, subject to submission of a detailed cost proposal (hereinafter "Proposal"). The parties therefore move this Court to appoint Sheryl L. Robinson assisted by Kroll as the Monitor.

The Monitor shall submit the Proposal for review and approval by the parties by July 14, 2003. If the City and the DOJ agree to the Monitor's Proposal, the Proposal shall be filed

with the Court along with a joint motion regarding the payment schedule. The City or the DOJ have twenty-one days to disagree with the Proposal. If the City and the DOJ are unable to reach agreement within ten days of receiving notice of any such disagreement, the parties shall request that the Court resolve the dispute, pursuant to the terms of the Settlement Agreements.

The parties recognize that they may modify the scope of the Settlement Agreements or that unforseen circumstances may require changes to the Proposal. The parties shall agree to reasonable requests to modify the Proposal and request that the Court retain jurisdiction to resolve disputes regarding such modifications, pursuant to the terms of the Settlement Agreement. A Proposed Order is attached.

Respectfully submitted,

FOR PLAINTIFF:

JOHN ASHCROFT
Attorney General

_____
JEFFREY G. COLLINS
MI Bar # P37260
United States Attorney
Eastern District of Michigan

_____
RALPH F. BOYD, JR.
Assistant Attorney General
Civil Rights Division

2

PAMELA J. THOMPSON
MI Bar # P26056
Executive Assistant United
States Attorney
Eastern District of Michigan

SHANETTA Y. BROWN CUTLAR
Acting Chief
Special Litigation Section
Civil Rights Division

JUDITH E. LEVY
MI Bar # P55882
Assistant United States
Attorney
Eastern District of Michigan
211 West Fort Street
Suite 2001
Detroit, MI 48226
Telephone: (313) 226-9501
Facsimile: (313) 226-4609

MAURA K. LEE
JOHN A. HENDERSON
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
Patrick Henry Building
950 Pennsylvania Avenue NW
Washington, DC  20530
Telephone: (202) 514-6255
Facsimile: (202) 514-4883

3

FOR DEFENDANTS:

_RUTH C. CARTER_
RUTH C. CARTER
Corporation Counsel
City of Detroit

_KWAME M. KILPATRICK_
KWAME M. KILPATRICK
Mayor
City of Detroit

_BRENDA E. BRACEFUL_
BRENDA E. BRACEFUL
Deputy Corporation Counsel
1650 First National Building
660 Woodward Avenue
Detroit, MI  48226-3535
Telephone: (313) 224-4550
Facsimile: (313) 628-0299

_JERRY A. OLIVER, SR._
JERRY A. OLIVER, SR.
Chief of Police
City of Detroit

Dated: June 11, 2003

4