IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 03-CV-72258-DT |
| ) | |
| v. ) | Hon. Julian A. Cook, Jr. |
| ) | Magistrate Judge Donald Scheer |
| CITY OF DETROIT, MICHIGAN ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SUBMISSION OF
## MOTION FOR PAYMENT OF FEES AND EXPENSES

Now comes Venable, LLP, on behalf of the former Monitor, hereby requesting payment of the former Monitor's professional fees and expenses covering the period June 18, 2009 through July 17, 2009 and expenses from May and October 2009 pursuant to this Court's order dated March 13, 2008. Two invoices for payment are attached as Exhibit 1 and 2.

Respectfully submitted,

W. WARREN HAMEL,
THOMAS M. DeGONIA II,
and VENABLE, LLP on behalf of
the Former Primary Independent Monitor

Dated: June 30, 2010

RO1DOCS1/72527

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 03-CV-72258-DT |
| ) | |
| v. ) | Hon. Julian A. Cook, Jr. |
| ) | Magistrate Judge Donald Scheer |
| CITY OF DETROIT, MICHIGAN ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

PROOF OF SERVICE

STATE OF MICHIGAN     )
                     )ss.
COUNTY OF WAYNE      )

   Wanda Thomas, being first duly sworn, deposes and says that she is an agent of the Former Independent Monitor and an employee of Venable, LLP; and that on June 30, 2010 she served a copy of the following via US Mail:

MOTION FOR PAYMENT OF FEES AND EXPENSES

upon:

Tammie Gregg/Sheridan England
US Department of Justice
601 D Street NW, Room 5420
Washington, DC  20004

Krystal Crittendon/Allan Charlton
Corporation Counsel's Office
660 Woodward Avenue, Suite 1650
Detroit, MI  48226

Judith Levy
US Attorney's Office
211 W. Fort Street, 20th Floor
Detroit, MI  48226

*Wanda Thomas*
Wanda Thomas

Subscribed and sworn to before me
this 30th day of June, 2010.

/s/ Ruth A. Lathe

My Commission Expires: 8/29/13

Ruth A. Lathe
NOTARY PUBLIC
Baltimore County
State of Maryland
My Commission Expires
August 29, 2013

RO1DOCS1/72527

**EXHIBIT 1**

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP<br>Post Office Box 630798<br>Baltimore, MD 21263-0798 | PNC Bank<br>Venable LLP Escrow Acct.<br>Account No.: 5501298602<br>Wire ABA No.: 031000053<br>ACH ABA No.: 054000030 | PNC Bank<br>Two Hopkins Plaza<br>Baltimore, MD 21201 | Please add:<br>Swift Identifier<br>PNCCUS33 | For Billing Inquiries<br>Contact:<br>Finance@Venable.com<br>410.528.2853 |

INVOICE NO.
1115171

SEPTEMBER 15, 2009

90056431
HAMEL, W. WARREN

U.S. DISTRICT COURT
ATTN: KA MYRA DOAKS, CLERK
THE HONORABLE JULIAN A. COOK
THEODORE LEVIN U.S. COURTHOUSE
231 WEST LAFAYETTE BLVD., ROOM 718
DETROIT, MI 48226


PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 7/17/2009 IN CONNECTION WITH
CIVIL ACTION NO. 03-72258


| | |
|---|---|
| FEES | $ 81,686.53 |
| DISBURSEMENTS | 13,565.19 |
| **TOTAL FEES & DISBURSEMENTS** | $ 95,251.72 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO. 1115171

SEPTEMBER 15, 2009

104202.264994

HAMEL, W. WARREN

## PROFESSIONAL SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/18/09 | DEGONIA, THOMAS M., II | STATUS CALL TEAM | .50 |
| 06/18/09 | DEGONIA, THOMAS M., II | STATUS CALL TEAM | .80 |
| 06/18/09 | LATHE, RUTH A. | DPD MEDIA CHECK (.3); PARTICIPATE IN TEAM MEETING (1.3) | 1.60 |
| 06/18/09 | WOOD, SHERYL R. | EMAILS/CASE MANAGEMENT | 3.00 |
| 06/19/09 | LATHE, RUTH A. | EDIT MEETING AGENDA | .20 |
| 06/19/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .40 |
| 06/19/09 | WOOD, SHERYL R. | EMAILS/CASE MANAGEMENT | 2.00 |
| 06/22/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .60 |
| 06/22/09 | WOOD, SHERYL R. | DOCUMENT PREP FOR TRIP TO DETROIT, CASE MANAGEMENT, TRAVEL TO DETROIT | 7.00 |
| 06/23/09 | DEGONIA, THOMAS M., II | TRAVEL (6.0); REVIW MAS EXPERT RPORT; INCOR VIDEO EXPERT REPORT (1.5); STATUS MEETING WITH JUDGE COOK; STATUS MEETING WITH DPD AND CITY (5.0) | 12.50 |
| 06/23/09 | LATHE, RUTH A. | FORWARD CALL-IN INFORMATION FOR STATUS MEETING (.2); DPD MEDIA CHECK (.4); PARTICIPATE IN STATUS MEETING (.2) | .80 |
| 06/23/09 | WOOD, SHERYL R. | MEETINGS IN DETROIT W/ J. COOK AND PARTIES; TRAVEL FROM DETROIT | 8.00 |
| 06/24/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .30 |
| 06/24/09 | WOOD, SHERYL R. | REVIEW Q23 PARAGRAPHS | 4.00 |
| 06/25/09 | DEGONIA, THOMAS M., II | Q23 EDITS | 2.50 |
| 06/25/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .20 |
| 06/25/09 | WOOD, SHERYL R. | REVIEW Q23 PARAGRAPHS FOR REPORT | 5.00 |
| 06/26/09 | DEGONIA, THOMAS M., II | DV PC REVIEW (2.5) | 2.50 |
| 06/26/09 | DEGONIA, THOMAS M., II | U41 (.5); REVIEW 2008 ANNUAL REPORT (2.5); REPORT WRITING (1.5) | 4.50 |
| 06/26/09 | LATHE, RUTH A. | DPD MEDIA CHECK (.2); PREPARE AND DISTRIBUTE DOCUMENT REQUEST NO. 215 (.2); UPDATE DOCUMENT REQUEST STATUS CHART (.2) | .60 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1115171

SEPTEMBER 15, 2009

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/26/09 | WOOD, SHERYL R. | Q23 REPORT WRITING | 5.00 |
| 06/27/09 | DEGONIA, THOMAS M., II | U41 WRITE-UP; IN CAR VIDEO FOCUS ISSUE | 4.50 |
| 06/28/09 | WOOD, SHERYL R. | Q23 REPORT WRITING | 4.00 |
| 06/29/09 | DEGONIA, THOMAS M., II | INCAR VIDEO FOCUS (1.4); D.V. PROBABLE CAUSE AUDIT CALL; FOLOW-UP ON AUDIT FINDING (1.5); Q23 REPORTING (.5) | 3.40 |
| 06/29/09 | DEGONIA, THOMAS M., II | IN CAR VIDEO 741 (1.0); MAS FOCUS ISSUE (3.3); Q23 EDITS (1.4) | 5.70 |
| 06/29/09 | LATHE, RUTH A. | DPD MEDIA CHECK (.2); UPDATE DOCUMENT REQUEST STATUS CHART (.1) | .30 |
| 06/29/09 | WOOD, SHERYL R. | Q23 REPORT WRITING | 6.00 |
| 06/30/09 | DEGONIA, THOMAS M., II | Q24 DOCUMENT REQUESTS | 1.50 |
| 06/30/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .20 |
| 06/30/09 | WOOD, SHERYL R. | Q23 REPORT WRITING/SUBMIT TO PARTIES | 5.50 |
| 06/30/09 | WOOD, SHERYL R. | RT TO DETROIT, MTG W/JUDGE | 6.00 |
| 07/01/09 | LATHE, RUTH A. | DPD MEDIA CHECK (.1); UPDATE DOCUMENT REQUEST STATUS CHART (.1); CONSULT WITH IT RE: Q23 REPORT CARD CHART PDF (.5) | .70 |
| 07/01/09 | WOOD, SHERYL R. | Q23 DRAFT REPORT EDITING/SUBMIT TO PARTIES | 8.50 |
| 07/02/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .10 |
| 07/02/09 | WOOD, SHERYL R. | CASE MANAGEMENT; DOC REVIEW | 3.00 |
| 07/06/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .40 |
| 07/06/09 | WOOD, SHERYL R. | Q24 PARAGRAPH PLANNING; CASE MANAGEMENT | 6.00 |
| 07/07/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .50 |
| 07/07/09 | WOOD, SHERYL R. | DOC REVIEW | 4.00 |
| 07/08/09 | DEGONIA, THOMAS M., II | MEDIA, Q24 REQUESTS/PLANNING (2.5); Q24 REGARDING DOD 709'S (1.5); Q24 DOCUMENT REQUESTS AND PLANNING (1.2) | 5.20 |
| 07/08/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .30 |
| 07/08/09 | WOOD, SHERYL R. | MTFC/CASE MANAGEMENT | 2.00 |
| 07/08/09 | WOOD, SHERYL R. | DOC REVIEW | 3.00 |
| 07/09/09 | DEGONIA, THOMAS M., II | MEDIA REVIEW (.2); Q24 WORK PLAN AND DRS (3.0); U91 (1.5) | 4.70 |
| 07/09/09 | LATHE, RUTH A. | PREPARE DOCUMENT REQUEST #216 AND DISTRIBUTE (.2); EDIT DOCUMENT REQUEST STATUS CHART (.1); DPD MEDIA CHECK (.3) | .60 |
| 07/09/09 | WOOD, SHERYL R. | Q24, CASE MANAGEMENT | 4.00 |
| 07/10/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .30 |
| 07/10/09 | WOOD, SHERYL R. | Q23 REPORT REVIEW COMMENTS, REVIEW DOCUMENTS | 5.00 |
| 07/11/09 | WOOD, SHERYL R. | Q23 REPORT | 2.00 |
| 07/13/09 | DEGONIA, THOMAS M., II | DRAFT COMMENTS; RESPONSE | 1.00 |
| 07/13/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .40 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1115171

SEPTEMBER 15, 2009

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/13/09 | WOOD, SHERYL R. | Q23 REPORT, REVIEW DOCUMENTS, AUDIT CALL | 6.00 |
| 07/14/09 | LATHE, RUTH A. | DPD MEDIA CHECK (.2); UPDATE DOCUMENT REQUEST STATUS CHART (.2) | .40 |
| 07/14/09 | WOOD, SHERYL R. | PREP FOR HEARING, Q23 REPORT | 3.00 |
| 07/15/09 | DEGONIA, THOMAS M., II | Q24 DOCUMENT REQUESTS | .50 |
| 07/15/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .20 |
| 07/15/09 | WOOD, SHERYL R. | PREP FOR HEARING, Q23 REPORT | 3.00 |
| 07/16/09 | DEGONIA, THOMAS M., II | TELEPHONE CALL WITH DENISE LEWIS PLANNING DR'S FOR Q24 SAMPLE | 1.00 |
| 07/16/09 | DEGONIA, THOMAS M., II | HEARING PREPARATION (3.0); TRAVEL (4.0) | 7.00 |
| 07/16/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .30 |
| 07/16/09 | WOOD, SHERYL R. | PREP FOR HEARING, FILE Q23 REPORT, TRAVEL TO DETROIT | 7.00 |
| 07/17/09 | DEGONIA, THOMAS M., II | PREPARATION AND STATUS HEARING BEFORE JUDGE COOK (4.5); HEARING DEBRIEF (1.0); TRAVEL (4.0) | 9.50 |
| 07/17/09 | LATHE, RUTH A. | DPD MEDIA CHECK | .30 |

**PROFESSIONAL SERVICES TOTAL HOURS**     **189.00**

# VENABLE LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1115171

SEPTEMBER 15, 2009

## SUMMARY OF SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEGONIA, THOMAS M., II | 67.30 | 450.00 | 30,285.00 |
| LATHE, RUTH A. | 9.70 | 240.00 | 2,328.00 |
| WOOD, SHERYL R. | 112.00 | 525.00 | 58,800.00 |
| **TOTAL** | **189.00** | | **$91,413.00** |

**TOTAL BILLED FOR LEGAL SERVICES**  $81,686.53

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1115171

SEPTEMBER 15, 2009

## DISBURSEMENTS

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 05/15/09 | TRAVEL EXPENSE : AIRFARE FROM BALTIMORE, MD TO DETROIT, MI AND RETURN ON 4/17/09 (SHERYL ROBINSON WOOD) | 195.20 |
| 05/15/09 | TRAVEL EXPENSE : SERVICE FEE IN CONNECTION WITH AIRFARE FROM BALTIMORE, MD TO DETROIT, MI AND RETURN ON 4/17/09 (SHERYL ROBINSON WOOD) | 23.45 |
| 05/15/09 | TRAVEL EXPENSE : TRAVEL EXPENSE | (195.20) |
| 05/15/09 | TRAVEL EXPENSE : TRAVEL EXPENSE | (23.45) |
| 06/01/09 | REPRODUCTION COSTS : W THOMAS - 6/4/09- REPRODUCTION COSTS - IKON | 67.84 |
| 06/10/09 | CONFERENCING SERVICES : S WOOD-6/3/09- CONFERENCING SERVICES - READYTALK | 18.02 |
| 06/18/09 | PROFESSIONAL SERVICES : DENISE LEWIS -- PROFESSIONAL SERVICES RENDERED FOR THE PERIOD 6/18-7/17/09 | 1,931.25 |
| 06/19/09 | TRAVEL EXPENSE : T.DEGONIA-DETROIT 6/23/09 TICKET #7681147345 | 392.20 |
| 06/24/09 | CONFERENCING SERVICES : S WOOD-6/18/09- CONFERENCING SERVICES | 45.42 |
| 06/30/09 | CONFERENCING SERVICES : S WOOD-6/23/09- CONFERENCING SERVICES - READYTALK | 21.59 |
| 06/30/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - HOTEL EXPENSE FOR TRAVEL TO DETROIT, MI 6/22/09 | 107.00 |
| 06/30/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - INTERNET ACCESS AT HOTEL IN CONNECTION WITH TRAVEL TO DETROIT, MI 6/22/09 | 9.95 |
| 06/30/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - PER DIEM IN CONNECTION WITH TRAVEL TO DETROIT, MI 6/23/09 | 36.75 |
| 06/30/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - ROOM OCCUPANCY TAX (8%) IN CONNECTION WITH HOTEL EXPENSE 6/22/09 | 8.56 |
| 06/30/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - ROOM SALES TAX (6%) IN CONNECTION WITH HOTEL EXPENSE 6/22/09 | 6.42 |
| 06/30/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - SEDAN FROM HOTEL TO COURTHOUSE 6/23/09 | 41.00 |
| 06/30/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - SEDAN FROM WCCC TO AIRPORT 6/22/09 | 50.00 |
| 06/30/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - TAXI FROM AIRPORT TO BALTIMORE 6/23/09 | 48.00 |
| 07/01/09 | INTERNAL REPRODUCTION COSTS | 3.80 |
| 07/01/09 | COMMERCIAL MESSENGER / DELIVERY SERVICES : COMMERCIAL MESSENGER / DELIVERY SERVICES | 15.32 |
| 07/08/09 | CONFERENCING SERVICES : S WOOD-6/29/09- CONFERENCING SERVICES - READYTALK | 19.08 |
| 07/08/09 | TRAVEL EXPENSE : T.DEGONIA-DETROIT/BWI 7/17/09 TICKET #7681147483 | 127.60 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP<br>Post Office Box 630798<br>Baltimore, MD 21263-0798 | PNC Bank<br>Venable LLP Escrow Acct.<br>Account No.: 5501298602<br>Wire ABA No.: 031000053<br>ACH ABA No.: 054000030 | PNC Bank<br>Two Hopkins Plaza<br>Baltimore, MD 21201 | Please add:<br>Swift Identifier<br>PNCCUS33 | For Billing Inquiries<br>Contact:<br>Finance@Venable.com<br>410.528.2853 |

INVOICE NO.
1115171

SEPTEMBER 15, 2009

| Date | Description | Amount |
|---|---|---|
| 07/09/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - PER DIEM IN CONNECTION WITH TRAVEL TO DETROIT, MI 6/30/09 | 36.75 |
| 07/09/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - SEDAN SERVICE FROM AIRPORT TO DETROIT COURTHOUSE IN CONNECTION WTH TRAVEL TO DETROIT, MI 6/30/09 | 61.00 |
| 07/09/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - SEDAN SERVICE FROM US ATTORNEY'S OFFICE TO AIRPORT IN CONNECTION WITH TRAVEL TO DETROIT, MI 6/30/09 | 61.00 |
| 07/09/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - TAXI FROM AIRPORT TO HOME IN CONNECTION WITH TRAVEL TO DETROIT, MI 6/30/09 | 48.60 |
| 07/09/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - TAXI FROM HOME TO AIRPORT IN CONNECTION WITH TRAVEL TO DETROIT, MI 6/30/09 | 36.00 |
| 07/09/09 | TRAVEL EXPENSE : T.DEGONIA-BWI/DETROIT 7/16/09 TICKET #7681147489 | 203.60 |
| 07/10/09 | POSTAGE | 1.76 |
| 07/15/09 | LONG DISTANCE TELEPHONE | 28.91 |
| 07/22/09 | CONFERENCING SERVICES : S WOOD - 7/13/09 - CONFERENCING SERVICES - READYTALK | 29.52 |
| 08/31/09 | LOCAL TRAVEL : THOMAS M. DEGONIA - 3/16/06: BALTIMORE PARKING | 10.00 |
| 08/31/09 | PROFESSIONAL SERVICES : RONALD FILAK -- PROFESSIONAL SERVICES RENDERED FOR THE PERIOD 6/18-7/17/09 | 8,222.50 |
| 08/31/09 | TRAVEL EXPENSE : AIRFARE IN CONNECTION WITH TRAVEL FROM BALTIMORE, MD TO DETROIT, MI AND RETURN ON 6/10/09 -- SR WOOD | 195.20 |
| 08/31/09 | TRAVEL EXPENSE : AIRFARE IN CONNECTION WITH TRAVEL FROM BALTIMORE, MD TO DETROIT, MI AND RETURN ON 6/22/09 -- SR WOOD | 326.70 |
| 08/31/09 | TRAVEL EXPENSE : SERVICE FEE ASSOCIATED WITH CANCELLED TRAVEL FROM BALTIMORE, MD TO DETROIT, MI AND RETURN ON 6/2/09 -- SR WOOD | 23.45 |
| 08/31/09 | TRAVEL EXPENSE : SERVICE FEE IN CONNECTION WITH TRAVEL FROM BALTIMORE, MD TO DETROIT, MI AND RETURN ON 6/10/09 -- SR WOOD | 46.90 |
| 08/31/09 | TRAVEL EXPENSE : SERVICE FEE IN CONNECTION WITH TRAVEL FROM BALTIMORE, MD TO DETROIT, MI AND RETURN ON 6/22/09 -- SR WOOD | 70.35 |
| 08/31/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - FLIGHT ROUNDTRIP BALTIMORE, MD TO DETROIT, MI 6/26-30/09 | 195.20 |
| 08/31/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - FLIGHT ROUNDTRIP BALTIMORE, MD TO DETROIT, MI 7/16-17/09 | 195.20 |
| 08/31/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - SERVICE FEE FOR 7/16-17/09 FLIGHT | 23.45 |
| 08/31/09 | TRAVEL EXPENSE : SHERYL ROBINSON WOOD - SERVICE FEES FOR 6/26-30/09 FLIGHT | 46.90 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/28/09 AIRPORT PARKING | 14.00 |

# VENABLE LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1115171

SEPTEMBER 15, 2009

| Date | Description | Amount |
|---|---|---|
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/28/09: MEAL (PER DIEM) | 36.75 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/28/09: TRANSPORATION TO AIRPORT | 62.00 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 6/2/09: TRANSPORTATION TO AIRPORT | 60.00 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 6/23/09: AIRPORT PARKING | 14.00 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 6/23/09: MEAL (PER DIEM) | 36.75 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 6/23/09: TRANSPORTATION TO AIRPORT | 60.00 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 7/16/09: MEAL | 49.34 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 7/16/09: WESTIN HOTEL | 251.19 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 7/17/09: AIRPORT PARKING | 17.00 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 7/17/09: MEAL | 46.40 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 7/17/09: TERMINAL COMPUTER USE | 6.27 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 7/17/09: TRANSPORTATION FROM AIRPORT | 60.00 |
| 08/31/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - MEAL | 37.10 |
| 08/31/09 | WIRELESS TELEPHONE SERVICES : THOMAS M. DEGONIA - 5/20/09: TELEPHONE CHARGES | 1.60 |

**TOTAL DISBURSEMENTS**                                                               **$13,565.19**

**EXHIBIT 2**

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP<br>Post Office Box 630798<br>Baltimore, MD 21263-0798 | PNC Bank<br>Venable LLP Escrow Acct.<br>Account No.: 5501298602<br>Wire ABA No.: 031000053<br>ACH ABA No.: 054000030 | PNC Bank<br>Two Hopkins Plaza<br>Baltimore, MD 21201 | Please add:<br>Swift Identifier<br>PNCCUS33 | For Billing Inquiries<br>Contact:<br>Finance@Venable.com<br>410.528.2853 |

INVOICE NO.
1134649

DECEMBER 17, 2009

90056431
HAMEL, W. WARREN

U.S. DISTRICT COURT
ATTN: KA MYRA DOAKS, CLERK
THE HONORABLE JULIAN A. COOK
THEODORE LEVIN U.S. COURTHOUSE
231 WEST LAFAYETTE BLVD., ROOM 718
DETROIT, MI 48226

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 11/30/2009 IN CONNECTION WITH
CIVIL ACTION NO. 03-72258

| | |
|---|---:|
| FEES | $ 0.00 |
| DISBURSEMENTS | 1,281.72 |
| **TOTAL FEES & DISBURSEMENTS** | **$ 1,281.72** |

# VENABLE LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 630798 | Venable LLP Escrow Acct. | Two Hopkins Plaza | Swift Identifier | Contact: |
| Baltimore, MD 21263-0798 | Account No.: 5501298602 | Baltimore, MD 21201 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1134649

DECEMBER 17, 2009

## DISBURSEMENTS

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 07/18/09 | PROFESSIONAL SERVICES : PROFESSIONAL SERVICES RENDERED FROM 7/18-7/22/09 | 806.25 |
| 10/06/09 | INTERNAL REPRODUCTION COSTS | 3.20 |
| 10/06/09 | COMMERCIAL MESSENGER / DELIVERY SERVICES : COMMERCIAL MESSENGER / DELIVERY SERVICES | 9.04 |
| 11/02/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/4/09; MEAL PER DIEM (75%) | 36.75 |
| 11/02/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/5/09; MARRIOTT HOTEL | 199.00 |
| 11/02/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/5/09; HOTEL STATE/LOCAL TAXES | 29.85 |
| 11/02/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/5/09; MEAL PER DIEM | 49.00 |
| 11/02/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/6/09 MEAL PER DIEM (75%) | 36.75 |
| 11/02/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/6/09 TRANSPORTATION TO AIRPORT | 60.00 |
| 11/02/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/6/09; AIRPORT PARKING | 42.00 |
| 11/02/09 | TRAVEL EXPENSE : THOMAS M. DEGONIA - 5/6/09; TAXI | 5.00 |
| 11/23/09 | POSTAGE | 4.88 |

**TOTAL DISBURSEMENTS**                                                                     **$1,281.72**