IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        CASE NO. 03-72258

        -vs-                               Hon. Julian Abele Cook, Jr.

CITY OF DETROIT, MICHIGAN,          Magistrate Judge Donald Scheer

        Defendant.
_____/

## UNITED STATES' RESPONSE TO PETITIONER VENABLE'S MOTION FOR PAYMENT OF FEES AND EXPENSES

      Pursuant to the Court's Order of July 12, 2010, the United States hereby responds to Venable's Motion for Payment of Fees and Expenses filed July 2, 2010.

      Upon review of Venable's Motion and the invoices attached thereto, the United States does not object to the requested compensation.  The Motion is consistent with the Court's August 25, 2003 (Docket No. 30) and March 13, 2008 (Docket No. 317) Orders regarding payment.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THOMAS E. PEREZ<br>Assistant Attorney General |
| DATED: July 19, 2010 | s/ Charles W. Hart, Jr.<br>CHARLES W. HART, JR.<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Rights Division<br>Special Litigation Section - PHB<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530<br>Phone (202) 305-3192<br>charles.hart@usdoj.gov |
|  | BARBARA L. McQUADE<br>United States Attorney |
|  | s/ Judith E. Levy<br>JUDITH E. LEVY<br>Assistant U.S. Attorney<br>211 West Fort Street, Ste. 2001<br>Detroit, MI  48226<br>Phone (313) 226-9727<br>judith.levy@usdoj.gov |

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **United States Response to Petitioner Venable's Motion for Payment of Fees and Expenses**, which was electronically filed on July 19, 2010, will be served electronically to the following ECF participant:

Krystal A. Crittendon
critk@law.ci.detroit.mi.us

Allan M. Charlton
charltona@detroitmi.gov


Service has also been made by placing said document in a government metered envelope and placing said envelope in the United States mail addressed to:

W. Warren Hamel
Venable, LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202


                                              s/ Charles W. Hart, Jr.
                                              CHARLES W. HART, JR.
                                              U.S. Department of Justice
                                              Civil Rights Division
                                              Special Litigation Section - PHB
                                              950 Pennsylvania Avenue, N.W.
                                              Washington, DC  20530
                                              Phone (202) 305-3192
                                              charles.hart@usdoj.gov