UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                          Case No. 03-72258

CITY OF DETROIT, MICHIGAN,                       Hon:  AVERN COHN

    Defendant .

_____/

### ORDER TO DISMISS[1]

On August 24, 2014, the Court terminated the only remaining injunctive relief in

this case,[2] the Use of Force and Witness Arrest and Detention Consent Judgment (ECF

No. 22), and approved the parties' entry into a Transition Agreement (ECF No. 732),

which provided for continued oversight of the Detroit Police Department ("DPD") by the

United States Department of Justice ("DOJ").  The parties represent to the Court as

follows:

During the 18-month term of the Transition Agreement, DPD has provided DOJ

with copies of its quarterly compliance audits for review and comment.  DOJ has

completed its review of all audits, including the sixth quarterly audit, which was

---

[1]  This is a revision of the order the parties have stipulated the Court enter.  It has been modified to make clear that the dismissal is based on the parties' representations to the Court.

[2]  On January 24, 2014, the Court terminated the Conditions of Confinement Consent Judgment upon the parties' request.  (ECF No. 679).

submitted on February 12, 2016, and has concluded that DPD has met its obligations

under the Transition Agreement by maintaining and working to improve on the Consent

Judgment's reforms.  Further, the parties have discussed the City's and DPD's plans to

ensure that the people of Detroit continue to receive constitutional and effective policing

after federal oversight ends.

   For the foregoing reasons, the Plaintiff, United States of America, and Defendant,

City of Detroit, have stipulated that Defendant, City of Detroit has successfully

completed all terms of the Transition Agreement approved by this Court on August 24,

2014, and that this action be dismissed.

   Based on the representations of the parties as stated above, this case is

DISMISSED.

   SO ORDERED.


                                    S/Avern Cohn
                                    AVERN L. COHN
                                    UNITED STATES DISTRICT JUDGE


Dated: March 31, 2016


S:\LORI\CASES\CRIMINAL\USA v. City of Detroit\Dismissal Order.wpd